LEOTA J. DOWNEY, Plaintiff-Appellee, *v.* JOHN ALDEN LIFE INSURANCE COMPANY, Defendant-Appellant.

(No. 55719;

First District—January 17, 1972.

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

R. N. Friedlander, of Chicago, for appellant.

Edward H. Norton, of Chicago, for appellee.